IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      vs.<br><br>ROBERTO MENDOZA,<br><br>                    Defendant. | 4:02CR3107 |

ORDER REMITTING COURT COSTS

Upon motion of the United States of America and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED, in accordance with the provision of 18 U.S.C. Section 3573, that the unpaid portion of the court costs imposed against the defendant, Roberto Mendoza, in the principal amount of $3,023.28, for a total amount owed of $3,023.28, is hereby REMITTED.

Dated this 15th day of July, 2013.

BY THE COURT:

*Richard G. Kopf*
UNITED STATES DISTRICT JUDGE